_AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

United States Magistrate Court
DSC-SDTX
FILED

SEP 15 2014

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
**James Walters BRITTENUM JR**
Dalas, Texas
United States

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 5:14mj1189

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 11, 2014** in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **James Walters BRITTENUM JR** defendant(s),

a citizen of the United States, did knowingly or in reckless disregard of the fact that Mexican Nationals Efren PEREZ-Lopez, Leonardo TORRES-Barrios, Andres Guadalupe QUEVEDO-Mendoza, and ten (10) other Mexican and Honduran Nationals had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States (Southern District of Texas) by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Special Agent, U.S. Immigration & Customs Enforcement** and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:  [X] Yes   [ ] No

Signature of Complainant

**Stacey M. Owens**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**September 15, 2014** at **Laredo, Texas**
Date                                                      City and State

**Diana Song Quiroga**
U.S. Magistrate Judge

Name and Title of Judicial Officer                                    Signature of Judicial Officer

United States of America                                                                      Page 2

vs

James Walters BRITTENUM JR

[CONT OF BASIS OF COMPLAINT]

On September 11, 2014, Homeland Security Investigations (HSI) special agents (SAs) and task force officers (TFOs) from the HSI Laredo office responded to the United States Border Patrol (USBP), Laredo West Station, to investigate the details of an alien smuggling event involving thirteen (13) undocumented aliens (UDAs) from Mexico and Honduras, hiding inside the cabin of a tractor truck. Upon arriving to the USBP station, HSI SAs and TFOs conducted interviews and identified James Walters BRITTENUM Jr., a United States Citizen, as the driver and principal in this alien smuggling event. HSI took lead in this alien smuggling investigation and will be presenting this case for prosecution.

At approximately 12:40 p.m., Border Patrol Agents (BPAs) working their assigned area in the primary inspection lane, conducted an immigration inspection on the driver later identified as James Walters BRITTENUM Jr. While at the primary inspection lane, a USBP service canine alerted to the presence of narcotics and /or hidden people.

BRITTENUM was escorted to the secondary inspection area where BPAs could perform a thorough search. Thirteen (13) individuals were found hiding in various areas of the compartment in the cabin.

An Immigration inspection of the individuals determined the thirteen (12) Mexican Nationals and one Honduran National were not in possession of proper documentation to work and/or reside in the United States legally. The driver and all thirteen (13) individuals were placed under arrest.

BRITTENUM was read his Miranda rights which he waived his right to have an attorney present during questioning. BRITTENUM agreed to speak to HSI.

BRITTENUM stated he was going to be paid $2000.00 for transporting the UDAs. BRITTENUM stated he has transported UDAs on four previous occasions for the same smuggler. BRITTENUM stated his job was to wait inside of a restaurant while he leave the keys to the truck inside the ignition with the truck running. BRITTENUM stated this procedure is done so the UDAs and the driver would not have any contact.

HSI agents arrested BRITTENUM for violations of Title 8, United States Code, Section 1324, transporting undocumented aliens.

Efren PEREZ-Lopez, Leonardo TORRES-Barrios, and Andres Guadalupe QUEVEDO-Mendoza stated they were dropped off by an unknown vehicle and was instructed to get in the cabin of the vehicle and hide.

Efren PEREZ-Lopez, Leonardo TORRES-Barrios, and Andres Guadalupe QUEVEDO-Mendoza will be held as material witnesses in the case against BRITTENUM. The remaining UDAs were processed accordingly.