United States Magistrate Court
DSO-SDTX
FILED
SEP 15 2014 2B
David J. Bradley, Clerk
Laredo Division

# DIANA SONG QUIROGA
United States Magistrate Judge, Presiding

| | | | |
|---|---|---|---|
| Deputy Clerk | Cindy Dominguez - De Leon | Open | 9:12 AM |
| Court Reporter | Sylvia Gonzalez (ERO) | | |
| Court Interpreter | Al Favela, used | Adjourn | 9:20 AM |
| U.S. Pretrial | Julio Taboada | | |
| U.S. Probation | Bonnie Lopez | | |
| U.S. Marshal | Deputy Abel Hinojosa | DATE: | **September 15, 2014** |

Docket No. 5:14-MJ-1189

| | | |
|---|---|---|
| United States of America | § | Andy Guardiola, AUSA |
| vs | § | |
| James Walters Brittenum Jr. | § | Fernando Sanchez, appointed |

## Courtroom Minutes
### Initial Appearance

✔ Initial appearance on **Criminal Complaint**.

✔ Defendants first appearance. Dft. Advised of charges and rights.

✔ FINANCIAL AFFIDAVIT, executed and filed.

✔ Defendant requested appointed attorney.

✔ Next attorney on list appointed. Fernando Sanchez, appointed (not present in courtroom)

✔ Bond set at $75,000.00c/s.

✔ Preliminary Examination Hearings set for 9/26/14 at 10:00 AM in Courtroom 3C before US Magistrate Judge Guillermo R. Garcia.

✔ Defendant remanded to US Marshals custody.

✔ Material Witnesses:
Efren Perez-Lopez
Leonardo Torres-Barrios
Andres Guadalupe Quevedo-Mendoza

/cd